BETH S. EPSTEIN, an Infant, by Her Guardian ad Litem, HARRY EPSTEIN, et al., Respondents, v. LEONARD'S BOOTERY, INC., Appellant.— Action by an infant to recover damages for injuries sustained by her when the outer heavy plate glass door of defendant's retail store, in swinging to a close, severed her right index finger to the first joint. Her father sues for expenses and loss of services. The jury returned a verdict in favor of the infant for $10,000, and in favor of the father for $2,762.05. In accordance with a condition of an order made by the trial court after the rendition of the verdict, the father stipulated to reduce his recovery to $1,000. Defendant appeals from the ensuing judgment. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.